UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE DONALD HATT, JR.,

                 Petitioner,

    v.

CHERYL STRANGE, et al.,

                 Respondents.

CASE NO. 2:24-CV-1591-JLR-DWC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner's counsel.

Dated this 15th day of October, 2024.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1