UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE DONALD HATT, JR.,

            Petitioner,

  v.

CHERYL STRANGE, et al.,

            Respondent.

CASE NO. 2:24-cv-01591-JLR-BAT

**ORDER GRANTING MOTION TO SUBSTITUTE RESPONDENT**

    Petitioner, by counsel, moves to amend the writ of habeas corpus he filed by substituting Jeffrey Perkins, superintendent of Coyote Ridge Corrections Center, for the originally named Respondents, Cheryl Strange, Donald Holbrook and the Department of Correction the State of Washington. Dkt. 11. As the proper respondent to a habeas petition is the person who has custody over Petitioner the Court ORDERS: The Clerk of Court shall (1) substitute Jeffrey Perkins as Respondent in this action and terminate the other named Respondents; and (2) provide copies of this Order to all counsel.

    DATED this 25th day of October, 2024.

                                                      BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge

ORDER GRANTING MOTION TO
SUBSTITUTE RESPONDENT - 1